UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ABBIE AFFOLDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00067-TWP-KMB |
| | ) |
| BOBBY JO, | ) |
| | ) |
| Defendant. | ) |

### **REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**

Pro se plaintiff Abbie Affolder failed to appear for a Telephonic Discovery Conference on January 9, 2024. The Court had issued an Order setting the conference and providing Ms. Affolder with the call-in information needed to attend the conference. Dkt. 24. Ms. Affolder did not attend the conference as ordered.

The Court ordered Ms. Affolder to show cause in writing by January 30, 2024, why she should not be sanctioned for her failure to appear and prosecute her case. The Order to Show Cause warned that "[f]ailure to adequately show cause will result in sanctions, which will include a recommendation from the Magistrate Judge to the District Judge that this action be dismissed for Plaintiff's failure to prosecute." *Id*. Ms. Affolder did not respond to the Order to Show Cause or request additional time to do so.

Because of the Plaintiff's failure to comply with the Court's orders, the undersigned Magistrate Judge recommends to the District Judge that this case be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  Failure to file objections within

fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

    **IT IS SO RECOMMENDED.**

Date: 2/27/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

ABBIE AFFOLDER
4572 S 300W
Portland, IN 47371

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com