**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| ABBIE AFFOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00067-TWP-KMB |
| | ) | |
| BOBBY JO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING ENTRY OF FINAL JUDGMENT

The parties have not objected to Magistrate Judge Barr's report and recommendation, dkt. 26, which recommends that this action be dismissed without prejudice due to the plaintiff's repeated failure to comply with Court orders and prosecute the case. The time to object has passed.

The Court **adopts** the report and recommendation, dkt. 26, in its entirety. This action is **dismissed without prejudice**. The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 4/9/2024

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ABBIE AFFOLDER
4572 S 300W
Portland, IN 47371

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com